RECEIVED
JAN 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION


RECEIVED
FEB 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | |
|---|---|
| JOHN PHILLIP GIVENS | CIVIL ACTION 05-1398 c/w 05-1578 |
| VS. | SECTION P |
| C. HUBERT, WARDEN | JUDGE MELANÇON |
| HUNT CORRECTIONS CENTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this consolidated action is **DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana this 8th day of February 2006.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2.8.06
BY: MJ
TO: TLM
PJ